**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6706**

_____

FRANKIE L. MCCOY, SR.,

                                    Plaintiff - Appellant,

        versus

PRISON HEALTH SERVICE, INCORPORATED; M.
AYALEW, MD; DAZOULOWE MIMOSE, Ms., Admin-
Nurse; D. HOOD, Ms., Admin-Nurse; KIWUKA
NSUBUGA, P.A.; RENEE GLORIA; CONNIE BURT,
Administrative Nurse; JAMES V. PEGEUSE, Acting
Warden; LIEUTENANT STATON; DEREJE TESFAYE,
Doctor; PAT NELSON, Administrative Nurse,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-01-1498-L)

_____

Submitted:  October 31, 2003        Decided:  November 12, 2003

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Frankie L. McCoy, Sr., Appellant Pro Se.  Donald Joseph Crawford,
ALDELMAN, SHEFF & SMITH, Rockville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frankie L. McCoy, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint and motion for injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McCoy v. Prison Health Serv., Inc., No. CA-01-1498-L (D. Md. filed Mar. 25, 2003 & entered Mar. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2